16426

MEDDIN *ET AL.* v. SOUTHERN RY.—CAROLINA
DIVISION *ET AL.*

(62 S. E. (2d) 109)

*Messrs. Barnwell & Whaley,* of Charleston, and *Frank G. Tompkins, Jr.,* of Columbia, *for Appellant, Southern Railway-Carolina. Division,*

*Mr. Robert McC. Figg, Jr.,* of Charleston, *for Appellant, Dixie Home Stores,*

*Messrs. Meyer, Goldberg & Hollings,* of Charleston, *for Respondents,*

*Messrs. Barnwell & Whaley,* of Charleston, and *Frank G. Tompkins, Jr.,* of Columbia, *for Appellant, Southern Railway-Carolina Division, in Reply.*

*Mr. Robert McC. Figg, Jr.,* of Charleston, *for Appellant, Dixie Home Stores, in Reply,*

162

November 9, 1950.

*Per Curiam.*

We are satisfied with the order of Judge Lide overruling the demurrers of the respective defendants-appellants, and direct that his order be published as the opinion of this Court.